

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JESUS JIMINEZ-VALENCIA, | ) Case No. CV 10-0369-JHN (JEM) |
|---|---|
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| LINDA SANDERS, Warden, | ) |
| Respondent. | ) |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: August 25, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE